⌦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Sanjiv Mehra

V.

Phoenix Brands LLC and Administaff, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  **JUDGE CASTEL**

**07 CIV 8242**

TO: (Name and address of Defendant)

Phoenix Brands LLC
300 Atlantic Street
Stamford, Connecticut 06091

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Spears & Imes LLP
51 Madison Avenue
New York, New York 10010

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          SEP 21 2007
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9/24/2007 |
| NAME OF SERVER *(PRINT)*  Sarah E. Paul | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   On September 24, 2007, I sent by Federal Express a copy of the Summons and Complaint to Counsel for Phoenix Brands LLC: Dwight A. Healy, Esq. of White & Case LLP.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/24/07
              *Date*                   *Signature of Server*

                         Spears & Imes LLP, 51 Madison Ave, NY, NY 10010
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.