# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CIV-8242

Date Filed: _____

Plaintiff:
Sanji Mehra

vs.

Defendant:
Phoenix Brands L.L.C. and Administaff, inc.

For:
David Spears
Spears & Imes L.L.P.

Received by LegalEase inc. on the 26th day of September, 2007 at 11:20 am to be served on **Administaff, Inc., 19001 Crescrent Springs Dr., Harris County, Kingwoods, TX 77339-3802**.

I, Larry White, being duly sworn, depose and say that on the **27th day of September, 2007 at 11:45 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint and Judges' Rules** with the date and hour of service endorsed thereon by me, to: **Arlene Mathews as Legal Assistant for Administaff, Inc.**, at the address of: **19001 Crescrent Springs Dr., Harris County, Kingwoods, TX 77339-3802**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: White, Height: 5'1, Weight: 100, Hair: Redish Blond, Glasses: Y

I certify that I am of sound mind and capable of making this Affidavit. I am an adult over the age of 18, have no interest in the above action nor a party to. I have never been convicted of any felony or of any crime of moral turpitude and I am State Certified and Authorized to serve process under rule 103 and 536(a), to serve citations and other notices of the court.

Subscribed and Sworn to before me on the 1st day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

MILAGRO FLORES
Notary Public, State of Texas
My Commission Expires
October 29, 2008

Larry White
Process Server #SCH000001312

LegalEase inc.
139 Fulton St.
New York, NY 10038
(212) 393-9070

Our Job Serial Number: 2007000495

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g