UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANJIV MEHRA,

                       Plaintiff,

      -- against --

PHOENIX BRANDS LLC and
ADMINISTAFF, INC.,

                     Defendants.
------------------------------------------------------------x

No. 07 Civ. 8242 (PKC)

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

TO THE ABOVE NAMED DEFENDANTS:

     PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: October 15, 2007
       New York, New York

                                   SPEARS & IMES LLP

                    By:    /s/ David Spears
                                   David Spears
                                   Sarah E. Paul
                                   Spears & Imes LLP
                                   51 Madison Avenue
                                   New York, New York 10010
                                   (212) 213-6996

                                   *Attorneys for Plaintiff Sanjiv Mehra*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2007, I caused to be served a copy of the foregoing Notice of Dismissal Without Prejudice by first class mail upon the following counsel of record:

Dwight A. Healy, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200
*Attorney for Defendant Phoenix Brands LLC*

Andy Ramzel, Esq.
Associate General Counsel
Administaff, Inc.
19001 Crescent Springs Drive
Houston, Texas 77339-3802
(281) 358-8986
*Attorney for Defendant Administaff, Inc.*

_____
Sarah E. Paul