UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

SANJIV MEHRA,

                        Plaintiff,                   No. 07 Civ. 8242 (PKC)

- against -

PHOENIX BRANDS LLC and                STIPULATION AND ORDER
ADMINISTAFF, INC.,

                        Defendants.
———————————————————————x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10-15-07

     IT IS HEREBY STIPULATED, by and between undersigned counsel for the parties, that, subject to approval of the Court, the time of Defendant, Phoenix Brands LLC, to answer, move with respect to, or otherwise respond to, the Complaint is hereby extended from October 15, 2007 to and including November 5, 2007.

Dated: October 9, 2007
       New York, New York

                                                SPEARS & IMES LLP

                                                By: _____
                                                    David Spears
                                                    Sarah E. Paul

                                                    51 Madison Avenue
                                                    New York, New York 10010
                                                    Tel: (212) 213-6996

                                                    *Attorneys for Plaintiff Sanjiv Mehra*

WHITE & CASE LLP

By: /s/ Dwight A. Healy
Dwight A. Healy
Timothy S. Pfeifer

1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

*Attorneys for Defendant
Phoenix Brands LLC*

SO ORDERED:

_____
U.S.D.J.

10-15-07