```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                          :
SANJIV MEHRA,                             :
                                          :   No. 07 Civ. 8242 (PKC)
                   Plaintiff,             :
                                          :
      -- against --                       :   NOTICE OF DISMISSAL
                                          :   WITHOUT PREJUDICE
PHOENIX BRANDS LLC and                    :
ADMINISTAFF, INC.,                        :
                                          :
                   Defendants.            :
-----------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

TO THE ABOVE NAMED DEFENDANTS:

　　　PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: October 15, 2007
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　SPEARS & IMES LLP

　　　　　　　　　　　　　　　　　By:　*David Spears* (signature)
　　　　　　　　　　　　　　　　　　　　　　　David Spears
　　　　　　　　　　　　　　　　　　　　　　　Sarah E. Paul
　　　　　　　　　　　　　　　　　　　　　　　Spears & Imes LLP
　　　　　　　　　　　　　　　　　　　　　　　51 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　　　　　　　　(212) 213-6996

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Sanjiv Mehra*

SO ORDERED

*[Judge's signature]*
USDJ
10-23-07